THE STATE OF OHIO, APPELLEE, *v.* BARLOW, APPELLANT.

[Cite as *State v. Barlow,* **105 Ohio St.3d 130, 2005-Ohio-790.**]

(No. 2004–0049—Submitted February 16, 2005—Decided March 16, 2005.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. White,* 103 Ohio St.3d 580, 2004-Ohio-5989, 817 N.E.2d 393.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Kirsten A. Brandt, Assistant Prosecuting Attorney, for appellee.

David H. Bodiker, State Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellant.